FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0630

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0630

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

    Petitioner and Appellant,

and

STEVEN THOMAS WILLIAMS,

    Respondent and Appellee.

FILED

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On March 29, 2022, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 12(1)(c), (d), and (h) and ordered Appellant to correct the brief and file it no later than 10 days from the date of the Order. In that Order, we noted that this was Appellant's fourth appeal arising out of Yellowstone County Cause No. DR-19-893, and that this Court had dismissed each of Appellant's three previous appeals due to her failure to follow the Montana Rules of Appellate Procedure. We advised appellant that failure to refile her opening brief in compliance with the Montana Rules of Appellate Procedure could subject this matter to summary dismissal.

Appellant has not timely filed her Opening Brief in compliance with this Court's March 29, 2022 Order.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant Davina Attar-Williams and to Appellee Steven Thomas Williams.

DATED this 12 day of April, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2